IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY RICHARD RENFRO, | 1:06-cv-00189-AWI-WMW (HC) |
|     Petitioner, | |
| vs. | ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE |
| ROSANNE CAMPBELL, | (DOCUMENT #13) |
|     Respondent. | |

      Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On July 19, 2007, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

      Petitioner is granted thirty days from the date of service of this order in which to file his traverse.

IT IS SO ORDERED.

**Dated:    August 20, 2007**              /s/  William M. Wunderlich
                                                                    UNITED STATES MAGISTRATE JUDGE