IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAY RICHARD RENFRO,

    Petitioner,                          CV F 06 0189 AWI WMW P

    vs.                                    ORDER RE MOTION (DOC 20, 22)

ROSANNE CAMPBELL,

    Respondent.

    On September 21, 2007, Petitioner filed a request for an extension of time in which to file a traverse. On September 25, 2007, the court received for filing a traverse to the response to the petition. On October 4, 2007, Petitioner filed a second motion for extension of time, indicating that the September 25th traverse was filed inadvertently and is incomplete. Petitioner seeks an additional extension of time in which to file a traverse. Good cause appearing, IT IS HEREBY ORDERED that Petitioner is granted an extension of time of thirty days from the date of service of this order in which to file a traverse. IT IS SO ORDERED.

**Dated:   October 17, 2007**                /s/  **William M. Wunderlich**
                                                    UNITED STATES MAGISTRATE JUDGE