IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY RICHARD RENFRO,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>ROSEANNE CAMPBELL,<br><br>　　　　　　　Respondent. | Case Number C 06-189 JF<br><br>JUDGMENT |

The Court having denied on the merits the petition for writ of habeas corpus, Judgment is hereby entered for Respondent and against Petitioner.

DATED:  9/29/2009



_____
JEREMY FOGEL
United States District Judge

Case No. C 06-189 JF
JUDGMENT
(JFLC2)