**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAY RICHARD RENFRO,<br><br>         Petitioner,<br><br>    v.<br><br>ROSEANNE CAMPBELL,<br><br>         Respondent. | Case Number C 06-189 JF<br><br>ORDER[1] DENYING MOTION FOR CERTIFICATE OF APPEALABILITY |

On September 29, 2009, the Court denied the petition for writ of habeas corpus sought by Petitioner Ray Richard Renfro ("Petitioner") pursuant to 28 U.S.C. § 2254, and entered judgment for Respondent. On October 13, 2009, Petitioner filed a notice of appeal and motion for a certificate of appealability. On November 16, 2009, Petitioner filed a second motion for a certificate of appealability.

A petitioner may not appeal a final order in a federal habeas corpus proceeding without first obtaining a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A). A court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 06-189 JF
ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY
(JFLC2)

1  constitutional right.  28 U.S.C. § 2253(c)(2).  A certificate of appealability must indicate which
2  specific issues satisfy this requirement.  28 U.S.C. § 2253(c)(3).
3        "Where a district court has rejected the constitutional claims on the merits, the showing
4  required to satisfy § 2253(c) is straightforward:  The petitioner must demonstrate that reasonable
5  jurists would find the district court's assessment of the constitutional claims debatable or
6  wrong."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).
7        This Court carefully considered all of the grounds for relief raised in the petition, and
8  concluded that Petitioner had failed to demonstrate a denial of a constitutional right.  The Court
9  is not persuaded that reasonable jurists would find this conclusion debatable or wrong.
10        Accordingly, Petitioner's motion for a certificate of appealability is DENIED.
11        IT IS SO ORDERED.
12        The clerk shall forward to the court of appeals the case file with this order.  *See* Fed. R.
13  App. P. 22(b).

Dated: 2/22/2010

                                              _____
JEREMY FOGEL
United States District Judge